In The United State District Court
For The Western District of Pennsylvania

John Doe,
    Petitioner,

v.

Warden, FCI McKean,
    Respondent.

Case No. 06-CV-189E
Judge Sean J. McLaughlin
Magistrate Judge Susan P. Baxter

## Plaintiff's Motion To Dismiss

This Petitioner, John Doe, pro se, who respectfully moves the Court for an order dismissing his Application for Writ of Habeas Corpus in this action because the Court is without jurisdiction to consider his habeas petition under 28 U.S.C., Section 2241, and does not desire to pursue his petition any further in this Court.

This Motion is brought in good faith.

Respectfully submitted,

Dated: 2/5/07

John Doe

John Doe, pro se
Register No. 39053-115
FCI McKean
P.O. Box 8000
Bradford, PA 16701

AND NOW, this 9th day of February, 20 07,
IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE